UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RAUL LOPEZ CHAVIANO,

       Petitioner,

    v.

WARDEN, GLADES COUNTY
DETENTION CENTER,  U.S.
ATTORNEY GENERAL,

       Respondents.

Case No. 2:26-cv-2237-KCD-KRH

_____/

## **ORDER**

Petitioner Raul Lopez Chaviano has filed a habeas corpus petition challenging his detention by U.S. Immigration & Customs Enforcement. (Doc. 1.) He claims that his continued detention violates the Fifth Amendment as interpreted by *Zadvydas v. Davis*, 533 U.S. 678 (2001). (*Id.* at 7-8.) The Government responded in opposition. (Doc. 5.)

This is Chaviano's third petition. The prior cases were dismissed because Chaviano's detention is within the six-month window set forth in *Zadvydas*. *See* Case No. 2:26-cv-1668-KCD-NPM, Case No. 2:26-cv-2050-KCD-NPM. Because Chaviano is still within the six-month window, and the petition recycles the same arguments, the same result applies here. (*Id.*)

Accordingly, the habeas petition (Doc. 1) is **DENIED**. The Clerk is **DIRECTED** to terminate any pending motions and close the case.

**ORDERED** in Fort Myers, Florida on August 6, 2026.

Kyle C. Dudek
United States District Judge

2